# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,004,267**
**Registered Aug. 2, 2011**
**Int. Cls.: 35, 38 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

NTV BROADCASTING CO. (RUSSIAN FED. JOINT STOCK COMPANY)
12, UL. AKADEMIKA KOROLEVA
127427 MOSCOW, RUSSIAN FED.

FOR: TELEVISION ADVERTISING, NAMELY, PROVIDING TELEVISION ADVERTISING FOR OTHERS, PRODUCTION OF TELEVISION ADVERTISING, AND RENTAL OF TELEVISION ADVERTISING SPACE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-17-1994; IN COMMERCE 12-17-2002.

FOR: TELECOMMUNICATIONS, NAMELY, TELEVISION BROADCASTING; CABLE TELEVISION BROADCASTING; SUBSCRIPTION TELEVISION BROADCASTING; BROADCASTING SERVICES, NAMELY, PROVIDING INTERACTIVE DELIVERY OF TELEVISION, AUDIO, AND VIDEO OVER DIGITAL NETWORKS; BROADCASTING PROGRAMS AND VIDEO VIA THE INTERNET; STREAMING OF VIDEO MATERIAL ACROSS BROADBAND NETWORKS AND THE INTERNET; TELEVISION, SATELLITE TELEVISION, CABLE TELEVISION, AUDIO AND INTERNET BROADCASTING SERVICES RENDERED THROUGH TERRESTRIAL BROADCASTING SYSTEMS, SATELLITES, AND THE INTERNET; TRANSMISSION OF AUDIO, VIDEO, AND DATA MATERIAL TO WIRELESS COMMUNICATION DEVICES, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND MOBILE AND CELLULAR TELEPHONES; ELECTRONIC TRANSMISSION OF DATA, DOCUMENTS, MESSAGES, TEXT, SOUND, IMAGES, GRAPHICS, ENTERTAINMENT MEDIA CONTENT, AND EDUCATIONAL MEDIA CONTENT VIA A GLOBAL COMPUTER NETWORK; VIDEO-ON-DEMAND TRANSMISSION SERVICES; MOBILE MEDIA IN THE NATURE OF ELECTRONIC TRANSMISSION OF ENTERTAINMENT MEDIA CONTENT; AND TELETEXT SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-17-1994; IN COMMERCE 9-26-2002.

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF TELEVISION ENTERTAINMENT AND AUDIO AND VIDEO RECORDINGS; PRODUCTION OF MOTION PICTURE FILMS, IMAGES, AND SOUND RECORDINGS, NAMELY, PRODUCTION OF MOVIES AND VIDEO FILMS; PRODUCTION OF ONGOING TELEVISION PROGRAMS; DISTRIBUTION OF TELEVISION PROGRAMMING FOR OTHERS TO CABLE, TERRESTRIAL, OR SATELLITE TELEVISION SYSTEMS; INTERNET PORTAL SERVICES, NAMELY, PROVIDING LINKS TO A WIDE RANGE OF INFORMATION IN THE FIELDS OF CURRENT EVENT NEWS, ENTERTAINMENT, CULTURAL, AND SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-17-1994; IN COMMERCE 3-17-2003.

THE MARK CONSISTS OF THE STYLIZED CYRILLIC LETTERS "NTV" IN WHICH THE LETTER "T" IS THE TALLEST LETTER AND A CIRCLE WITH A REFLECTION SPOT SUPERIMPOSED ON THE BOTTOM HALF OF THE LETTER "T".

**Reg. No. 4,004,267**  THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "NTV" AND THIS HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 77-776,289, FILED 7-8-2009.

ALYSSA STEEL, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.