# EXHIBIT 12

| Redacted | |
|---|---|
| From: | ruth85@blueisp.link ruth85@blueisp.link <ruth85@blueisp.link> |
| Sent: | Thursday, March 30, 2017 12:32 PM |
| To: | Copyright |
| Subject: | Counter-Notice Regarding Alleged Copyright Infringement |

DATE: March 30, 2017

TO: Roku, Inc.

150 Winchester Circle

Los Gatos, California 95032

Attn: Copyright Agent

Email: copyright@roku.com

I declare UNDER PENALTY OF PERJURY that:

1. I am the individual or a representative of the entity identified in the Notice of Alleged Copyright Infringement dated March 29, 2017 and referring to content located at:

Roku channel with the access code FLVM3

2. I have a good faith belief that removal or disablement of the content described above was a mistake, the material was misidentified and/or that the content described above does not infringe the copyright of the IP Owner. In the space below, I identify the reasons I believe that my content does not violate any rights as claimed in the Notice.

3. I consent to the jurisdiction of the United States District Court for the jurisdiction in which my address, set forth below, is located or, if I reside outside the United States, I consent to the jurisdiction of the United States District Court located in the Northern District of California. I agree to accept service of process from the Complainant.

4. I acknowledge that this Counter-Notice, including my contact information, may be provided to the Complainant.

5. I may be contacted at:

My Name: Ruth J. Payton

Telephone: 281-875-3902

My Address: 4421 Gambler Lane, Houston TX, 77060

Email: ruth85@blueisp.link

Check one of the boxes below.

The information I have provided in this statement is accurate.

I agree: x

I disagree: ☐

Electronic or Physical Signature:

 s/ Ruth J. Payton