# EXHIBIT 13

| | |
|---|---|
| Redacted | |

**From:** sammed@blueisp.link sammed@blueisp.link <sammed@blueisp.link>
**Sent:** Thursday, March 30, 2017 5:40 PM
**To:** Copyright
**Subject:** Counter-Notice Regarding Alleged Copyright Infringement

DATE: 31 March 2017

TO: Roku, Inc. 150 Winchester Circle Los Gatos, California 95032

Attn: Copyright Agent

Email: copyright@roku.com

I declare UNDER PENALTY OF PERJURY that:

1. I am the individual or a representative of the entity identified in the Notice of Alleged Copyright Infringement dated 29 March 2017 and referring to content located at Roku channel "PMR38"

2. I have a good faith belief that removal or disablement of the content described above was a mistake, the material was misidentified and/or that the content described above does not infringe the copyright of the IP Owner. In the space below, I identify the reasons I believe that my content does not violate any rights as claimed in the Notice.

3. I consent to the jurisdiction of the United States District Court for the jurisdiction in which my address, set forth below, is located or, if I reside outside the United States, I consent to the jurisdiction of the United States District Court located in the Northern District of California. I agree to accept service of process from the Complainant.

4. I acknowledge that this Counter-Notice, including my contact information, may be provided to the Complainant.

5. I may be contacted at:

My Name: Samuel Medina

Telephone: 2508236279

My Address: 4810 Blanshard, Victoria BC V8W 2H9

Email: sammed@blueisp.link

Check one of the boxes below.

The information I have provided in this statement is accurate.

I agree: V

1

I disagree: ☐

Electronic or Physical Signature:

Samuel Medina