# EXHIBIT 14

From: Partner Management [mailto:partner@tvteka.com]
Sent: Saturday, April 01, 2017 1:46 PM
To: Copyright <copyright@roku.com>
Subject: Counter-Notice Regarding Alleged Copyright Infringement

DATE: April 1, 2017

TO: Roku, Inc.
150 Winchester Circle
Los Gatos, California 95032
Attn: Copyright Agent
Email: copyright@roku.com

I declare UNDER PENALTY OF PERJURY that:

1. I am the individual or a representative of the entity identified in the Notice of Alleged Copyright Infringement dated March 13, 2017 and referring to content located at Roku channel "TVTEKA".

1

2. I have a good faith belief that removal or disablement of the content described above was a mistake, the material was misidentified and/or that the content described above does not infringe the copyright of the IP Owner. In the space below, I identify the reasons I believe that my content does not violate any rights as claimed in the Notice.

3. I consent to the jurisdiction of the United States District Court for the jurisdiction in which my address, set forth below, is located or, if I reside outside the United States, I consent to the jurisdiction of the United States District Court located in the Northern District of California. I agree to accept service of process from the Complainant.

4. I acknowledge that this Counter-Notice, including my contact information, may be provided to the Complainant.

5. I may be contacted at:

My Name: Ivan Kuznetsov

Email: partner@tvteka.com

Check one of the boxes below.

The information I have provided in this statement is accurate.

I agree: V

I disagree: ☐

Electronic or Physical Signature:

 s/ Ivan Kuznetsov