✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1 to AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1. n/a | DAVAI POGENIMSYA (ДАВАЙ ПОЖЕНИМСЯ) | |
| 2. n/a | MODNY PRIGOVOR (МОДНЫЙ ПРИГОВОР) | |
| 3. n/a | SEGODNYA VECHEROM (СЕГОДНЯ ВЕЧЕРОМ) | |
| 4. n/a | KONTROLNAJA ZAKUPKA (КОНТРОЛЬНАЯ ЗАКУПКА) | |
| 5. | LUCHSHE VSEKH (ЛУЧШЕ ВСЕХ) | |
| 6. n/a | IDEALNY REMONT (ИДЕАЛЬНЫЙ РЕМОНТ) | |
| 7. n/a | FIDEL' KASTRO, KUBA-LYUBOV' MOYA (ФИДЕЛЬ КАСТРО, КУБА-ЛЮБОВЬ МОЯ) | |
| 8. n/a | BEZ STRAKHOVKI (БЕЗ СТРАХОВКИ) | |
| 9. n/a | NA NOCH' GLYADYA (НА НОЧЬ ГЛЯДЯ) | |
| 10. n/a | PROZHARKA (ПРОЖАРКА) | |
| 11. n/a | DETEKTIV PASEČNIK (ДЕТЕКТИВ ПАСЕЧНИК) | |
| 12. n/a | MESTO VSTREČI (МЕСТО ВСТРЕЧИ) | |
| 13. n/a | VOZVRAŜENIE MUHTARA (ВОЗВРАЩЕНИЕ МУХТАРА) | |
| 14. n/a | SEGODNJA (СЕГОДНЯ) | |
| 15. n/a | GOVORIM I POKAZYVAYEM (ГОВОРИМ И ПОКАЗЫВАЕМ) | |
| 16. n/a | ULICY RAZBITYH FONAREJ (УЛИЦЫ РАЗБИТЫХ ФОНАРЕЙ) | |
| 17. n/a | UCHITEL' V ZAKONE (УЧИТЕЛЬ В ЗАКОНЕ) | |
| 18. n/a | CHREZVYCHAYNOYE PROISSHESTVIYE (ЧРЕЗВЫЧАЙНОЕ ПРОИСШЕСТВИЕ) | |