David G. Liston
Ronald Abramson
Anthony M. Capozzolo
Ari J. Jaffess
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel:  (212) 826-7001

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Case No.: 17-cv-5592<br><br><br><br><br><br>**PLAINTIFF KOMANDA LLC'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Komanda LLC hereby states that it is wholly owned by the non-public entity, Legenda Project Group LLC.

Dated: July 31, 2017

                    Respectfully submitted,

                    LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

                    By:   */s/* David G. Liston

                    David G. Liston
                    Ronald Abramson
                    Anthony M. Capozzolo
                    Ari J. Jaffess
                    The Chrysler Building
                    405 Lexington Avenue, 62nd Floor
                    New York, NY  10174
                    Tel: (212) 826-7001

                    *Attorneys for Plaintiffs, Art Distribution Inc. d/b/a NTV America and Komanda LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 31, 2017, I electronically filed PLAINTIFF KOMANDA LLC'S RULE 7.1 STATEMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                       */s/* David G. Liston_____
                                                                       David G. Liston