David G. Liston
Ronald Abramson
Anthony M. Capozzolo
Ari J. Jaffess
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel:  (212) 826-7001

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>    Defendants. | Case No.: 17-cv-5592<br><br>**PLAINTIFF ART DISTRIBUTION INC. D/B/A NTV AMERICA'S RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Art Distribution Inc. d/b/a NTV America, hereby states that it has no parent company.

Dated: July 31, 2017

          Respectfully submitted,

          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC


          By:  */s/* David G. Liston

          David G. Liston
          Ronald Abramson
          Anthony M. Capozzolo
          Ari J. Jaffess
          The Chrysler Building
          405 Lexington Avenue, 62nd Floor
          New York, NY  10174
          Tel: (212) 826-7001

          *Attorneys for Plaintiffs, Art Distribution Inc. d/b/a*
          *NTV America and Komanda LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, I electronically filed PLAINTIFF ART DISTRIBUTION INC. D/B/A NTV AMERICA'S RULE 7.1 STATEMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/* David G. Liston_____
                                          David G. Liston