David G. Liston
Ronald Abramson
Anthony M. Capozzolo
Ari J. Jaffess
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel:  (212) 826-7001

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC., et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>ARIEL IMPEX LP, et al.,<br><br>         Defendants. | Case No.: 2:17-cv-05592-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-entitled action for Plaintiffs, Art Distribution Inc. d/b/a NTV America and Komanda LLC. I certify that I am admitted to practice in this Court and respectfully request that all pleadings, notices, orders, correspondence, and other papers filed in connection with the above-entitled action be served on the undersigned.

Dated:  November 17, 2017          By:   /s/ Ronald Abramson
                                                  RONALD ABRAMSON
                                                  Lewis Baach Kaufmann Middlemiss PLLC
                                                  The Chrysler Building
                                                  405 Lexington Avenue, 62nd Floor
                                                  New York, NY  10174
                                                  Tel: (212) 826-7001
                                                  ronald.abramson@lbkmlaw.com