UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Case No.: 17-cv-5592<br><br>**AFFIDAVIT OF SERVICE BY MAIL PURSUANT TO FED. R. CIV. P. 4(f)(1)** |

STATE OF NEW YORK      :
                       : SS.:
COUNTY OF New York     :

Gregory Moscow, being duly sworn, deposes and says:

1. I am not a party to the above-entitled suit and at the time of the service recited herein, I was no less than eighteen years of age.

2. I am an Investigative Analyst at the law firm Lewis Baach Kaufmann Middlemiss pllc.

3. Our firm represents Art Distribution Inc. d/b/a NTV America ("NTV America") and Komanda LLC ("Komanda") (collectively, the "Plaintiffs").

4. Service of process on Ariel Impex LP ("Ariel Impex") was completed as authorized by Federal Rule of Civil Procedure 4(f)(1) and Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

5. On October 13, 2017, I brought the issued Summons, Complaint (and exhibits thereto), Civil Cover Sheet, Corporate Disclosure Statement for Komanda, Corporate Disclosure Statement for NTV America, Form AO 120, and Form AO 121 (collectively, the "Package") to be served on Ariel Impex to the Office of the United States Postal Service located at 450 Lexington Avenue, New York, NY 10017.

6. At roughly 4:00 p.m., I mailed the Package via First-Class Package International Service Registered Mail, return receipt requested, to Ariel Impex at its registered office address located at 12 South Bridge, Suite 1, Edinburgh, Scotland EH1 1DD, Great Britain (UK). The package was assigned registration number RH000746282US. A true and correct copy of the certificate of mailing is attached hereto as Exhibit A.

7. The tracking history provided by the United States Postal Service states that the Package was delivered on October 23, 2017. A true and correct copy of the tracking history provided on the United States Postal Service's website is attached hereto as Exhibit B.

8. I also tracked the Package's progress through Great Britain's postal service, the Royal Mail. The tracking history provided by the Royal Mail's website confirms that the Package was delivered on October 23, 2017. It also includes a signature and states that the Package was signed for by "MUDGLEY." A true and correct copy of the tracking history provided on the Royal Mail's website is attached hereto as Exhibit C.

Dated: December 14th, 2017

_____
Gregory Moscow

Sworn to before me this
14 day of December 2017

_____
Notary Public

EVENS FRANCOIS
Notary Public - State of New York
NO. 01FR4981729
Qualified in New York County
My Commission Expires May 20, 2019