# EXHIBIT B

## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package  +

**Tracking Number:** RH000746282US

Remove ✕

Your item was delivered in UNITED KINGDOM at 11:33 am on October 23, 2017.

### ✓ Delivered

October 23, 2017 at 11:33 am
DELIVERED
UNITED KINGDOM

### Tracking History

**October 23, 2017, 11:33 am**
Delivered
UNITED KINGDOM
Your item was delivered in UNITED KINGDOM at 11:33 am on October 23, 2017.

**October 21, 2017, 7:14 pm**
Processed through Facility
LANGLEY HWDC, UNITED KINGDOM

**October 21, 2017, 5:41 pm**
Processed Through Facility
UNITED KINGDOM

**October 20, 2017, 6:05 am**
Departed
LONDON, UNITED KINGDOM

October 19, 2017, 8:47 pm
Departed
LONDON, UNITED KINGDOM

October 19, 2017, 8:48 am
Departed
NEWARK, UNITED STATES

October 19, 2017, 3:13 am
Arrived
NEW YORK, UNITED STATES

October 18, 2017, 8:34 am
Processed Through Facility
ISC NEW YORK NY(USPS)

October 18, 2017, 7:51 am
Arrived at Facility
ISC NEW YORK NY(USPS)

October 17, 2017, 1:59 am
Arrived at USPS Facility
NEW YORK, NY 10199

October 16, 2017, 9:02 am
In Transit to Destination

October 15, 2017, 9:02 am
In Transit to Destination

October 14, 2017, 9:02 am
In Transit to Destination

October 13, 2017, 4:02 pm
USPS in possession of item
NEW YORK, NY 10017

## Product Information ⌃

**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™
Return Receipt

**See Less ⌃**

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS' automated equipment.

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)  (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)