# EXHIBIT A

**Registered No.**

RH000746217US

| | Postage $ | Extra Services & Fees | **Date Stamp** |
|---|---|---|---|
| | $22.50 | (continued) | 0010 |
| To Be Completed By Post Office | Extra Services & Fees | ☐ Signature Confirmation $___ | 02 |
| | ☐ Registered Mail $ $14.95 | ☐ Signature Confirmation Restricted Delivery $___ | |
| | ☐ Return Receipt (hardcopy) $ $3.85 | | |
| | ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** | |
| | ☐ Restricted Delivery $ $0.00 | $ $41.30 | |
| | Customer Must Declare Full Value $0.00 $ | Received by 10/13/2017 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM** Lewis Baach Kaufmann Middlewiss
NEW YORK, NY 10017
405 Lexington Ave
Suite 62
New York NY lot 10174

**TO** Pinebrook Imp＋ LP
12 Great Britain and Northern Ireland
Suite 1
Edinburgh, Scotland EH1 1DD

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)