# EXHIBIT C



Home    Track and Trace – Track your Item

# Track and Trace – Track your Item
Check the progress of your deliveries

**Delivered**

Tracking no. RH000746217US

Your item, posted on 21/10/17 with reference RH000746217US was delivered in EDINBURGH CITY PDO on 23/10/17.

From:
United States of America

International Signed



Signed for by: MUDGLEY

Delivered: 2:24pm

Print

Updated on: Monday 23 October

### 11:33am

DELIVERED 23/10/17
EDINBURGH CITY PDO

**Hide earlier journey**

Monday 23 October

### 07:08am

ON DELIVERY
EDINBURGH CITY PDO

Monday 23 October

### 05:52am

AT DELIVERY OFFICE EDINBURGH CITY PDO
EDINBURGH CITY PDO

Sunday 22 October

### 03:27pm

ON ITS WAY TO DELIVERY OFFICE
EDINBURGH MAIL CENTRE

Sunday 22 October

### 01:32pm

ARRIVED AT EDINBURGH MAIL CENTRE
EDINBURGH MAIL CENTRE

Saturday 21 October

### 07:14pm

ON ITS WAY TO EDINBURGH MAIL CENTRE
HEATHROW WORLDWIDE DC

Saturday 21 October

### 05:47pm

ARRIVED IN THE UK
HEATHROW WORLDWIDE DC

Saturday 21 October

### 05:41pm

ARRIVED IN THE UK
HEATHROW WORLDWIDE DC