Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Ariel Impex LP*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>        Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant Ariel Impex LP in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: December 28, 2017                         ROBINSON MILLER LLC

                                                           By: s/ Justin T. Quinn
                                                           Justin T. Quinn, Esq.
                                                           **ROBINSON MILLER LLC**
                                                           One Newark Center, 19th Floor
                                                          Newark, New Jersey 07102
                                                           Telephone No.: (973) 690-5400
                                                           Facsimile No.: (973) 466-2761
                                                           jquinn@rwmlegal.com