**ROBINSON MILLER LLC**

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

December 28, 2017

**VIA ECF**

Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     **Re:**    *Art Distribution Inc., et al. v. Ariel Impex LP, et al.*
                **Civil Action No. 17-05592 (WJM) (MF)**

Dear Judge Falk:

     This Firm represents Ariel Impex LP in the above-referenced matter.  In accordance with Your Honor's Individual Practices, please accept this letter in lieu of a more formal application seeking the *pro hac vice* admission of Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq.

     In making this application, I enclose the following:

- Declaration of Justin T. Quinn, Esq.;
- Declaration of Valentin D. Gurvits, Esq.;
- Declaration of Evan Fray-Witzer, Esq.;
- Declaration of Matthew Shayefar, Esq.; and
- Proposed Order.

     Counsel for Plaintiffs consent to Messrs. Gurvits's, Fray-Witzer's, and Shayefar's application for *pro hac vice* admission.  Therefore, if the enclosed application and proposed Order meet with Your Honor's approval, kindly execute the Order and file it with the Clerk of Court.

     We thank the Court for its kind consideration of this submission.  Should Your Honor have any questions, we are available at the Court's convenience.

               Respectfully Submitted,

               s/ Justin T. Quinn
               Justin T. Quinn

cc:     All counsel of record (via ECF)