Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Ariel Impex LP*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**DECLARATION OF JUSTIN T. QUINN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |

      I, Justin T. Quinn, Esq., an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, hereby declare pursuant to Local Civil Rule 101.1(c) as follows:

      1.      I am a Partner with the Firm of Robinson Miller LLC, counsel for Defendant Ariel Impex LP ("Ariel Impex") in the above-captioned matter. I submit this Declaration in support of Ariel Impex's application for an Order admitting Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. as counsel *pro hac vice* in this matter, pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Declaration.

      2.      I am a member in good standing with the bar of the State of New Jersey and

the United States District Court for the District of New Jersey.

3. If the Court grants the above-referenced application for *pro hac vice* admission, either I or another attorney associated with Robinson Miller LLC will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, and will accept service of same.

4. Moreover, either I or another attorney associated with Robinson Miller LLC will be responsible for the conduct of this action, will supervise the conduct of the attorneys admitted *pro hac vice*, will appear at all scheduling conferences, motions, pretrial conferences, trials or any other proceedings, and will otherwise comply with all the terms and conditions set forth in Local Civil Rule 101.1(c).

5. Counsel for Plaintiffs consents to the *pro hac vice* admission of Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq.

I hereby declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: December 28, 2017

s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Ariel Impex LP*