Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Ariel Impex LP*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiffs,<br>v.<br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br>Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**DECLARATION OF**<br>**VALENTIN D. GURVITS, ESQ.** |

I, Valentin D. Gurvits, Esq., of full age, hereby declares as follows:

1. I am a Partner with the firm of Boston Law Group, PC, attorneys for Defendant Ariel Impex LP ("Ariel Impex") in this matter. I respectfully submit this Declaration in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. I was admitted to the bar of the Commonwealth of Massachusetts in 1999. The roll of the members of the Massachusetts State bar is maintained by the Supreme Judicial Court, John Adams Courthouse, One Pemberton Square, Suite 1300, Boston, MA 02108.

3. I was admitted to the bar of the United States District Court for the District of Massachusetts in 2004. The roll of the members of the United States District Court for the District of Massachusetts is maintained by the Bar Liaison, U.S. District Court – Clerk's Office, 1

- 2 -

Courthouse Way, Suite 2300, Boston, MA 02210.

4. I am a member in good standing with the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

5. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

6. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the Local Rules of this Court.

7. The issues raised in this litigation involve areas with which I have experience in the law.

8. Pursuant to the rules of this Court, all pleadings submitted on behalf of Ariel Impex in this litigation will be signed by the Firm of Robinson Miller LLC, attorneys of record for Defendant.

9. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and all other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

10. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

11. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

12. In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing Ariel Impex in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2017

_____
Valentin D. Gurvits