## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought before the Court by Defendant Ariel Impex LP ("Ariel Impex"), by and through its attorneys, Robinson Miller LLC, for the entry of an Order admitting Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Justin T. Quinn, Esq., Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq.; and all counsel of record having consented to this application; and for good cause shown;

IT IS on this _____ day of _____, 2018, hereby

**ORDERED** that Ariel Impex's application is granted, and Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. are admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c), for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting

counsel's standing at the bar of any court; and it is further

**ORDERED** that Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law of this Court employed by the Firm of Robinson Miller LLC, who shall be responsible for said papers and for the conduct of Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq.

**IT IS SO ORDERED.**

_____
HON. MARK FALK, U.S.M.J.