Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Pinebrook Impex LP*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>        Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel

for Defendant Pinebrook Impex LP in the above-captioned action.  Please serve copies of all papers

in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated:  January 17, 2018                    ROBINSON MILLER LLC

                                            By:  s/ Justin T. Quinn
                                            Justin T. Quinn, Esq.
                                            **ROBINSON MILLER LLC**
                                            One Newark Center, 19th Floor
                                            Newark, New Jersey 07102
                                            Telephone No.:  (973) 690-5400
                                            Facsimile No.:  (973) 466-2761
                                            jquinn@rwmlegal.com