

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 17, 2018

**VIA ECF**

Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Art Distribution Inc., et al. v. Ariel Impex LP, et al.*
                 **Civil Action No. 17-05592 (WJM) (MF)**

Dear Judge Falk:

      On December 28, 2017, this Firm filed an application for the *pro hac vice* admission of Messrs. Valentin D. Gurvits, Esq., Evan Fray-Witzer, Esq., and Matthew Shayefar, Esq. (*See* ECF No. 11). This application was originally submitted only on behalf of Ariel Impex LP.

      Since the date of that filing, counsel for Ariel Impex LP has also been retained to represent Defendant Pinebrook Impex LP. For that reason, we write to respectfully request that any forthcoming decision on the previously-filed application also include Pinebrook Impex LP. We have conferred with counsel for the Plaintiffs, who consent to this request.

      If the foregoing is acceptable to Your Honor, we respectfully request that the enclosed, revised form of Order be signed and entered on the Court's docket.

      We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

                                      Respectfully Submitted,

                                      s/ Justin T. Quinn
                                      Justin T. Quinn

cc:     All counsel of record (via ECF)