Valentin D. Gurvits, Esq. (*pro hac vice* pending)
Matthew Shayefar, Esq. (*pro hac vice* pending)
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*pro hac vice* pending)
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Evan@CFWLegal.com

Justin T. Quinn, Esq.
**Robinson Miller LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973-690-5400
jquinn@rwmlegal.com

*Attorneys for Defendants Ariel Impex LP
and Pinebrook Impex LP*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA; and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Civil Action No.<br>2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**Motion Day: February 20, 2018**<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |

    **TO:**    Clerk, United States District Court
              District of New Jersey
              50 Walnut Street

Newark, New Jersey 07102

David G. Liston, Esq.
Ronald Abramson
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 826-7001

**COUNSEL:**

**PLEASE TAKE NOTICE** that on February 20, 2018, or on a date and time to be set by the Court, Defendants Ariel Impex LP and Pinebrook Impex LP (collectively, "Defendants"), by and through their attorneys, Robinson Miller LLC, will move before the United States District Court for the District of New Jersey for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5).

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendants will rely upon the accompanying Brief in Support, Declaration of Matthew Shayefar, Esq., and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service also is submitted herewith.

Dated:  January 17, 2018                                  Respectfully submitted,

s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973-690-5400

Valentin D. Gurvits, Esq. (*pro hac vice* pending)
Matthew Shayefar, Esq. (*pro hac vice* pending)
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*pro hac vice* pending)
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Evan@CFWLegal.com

*Attorneys for Defendants Ariel Impex LP
and Pinebrook Impex LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing documents to be served via ECF upon all counsel of record for the Plaintiffs.

Dated:  January 17, 2018                              By:  s/ Justin T. Quinn
                                                              Justin T. Quinn