Valentin D. Gurvits, Esq. (*pro hac vice* pending)
Matthew Shayefar, Esq. (*pro hac vice* pending)
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*pro hac vice* pending)
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Evan@CFWLegal.com

Justin T. Quinn, Esq.
**Robinson Miller LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973-690-5400
jquinn@rwmlegal.com

*Attorneys for Defendants Ariel Impex LP and Pinebrook Impex LP*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA; and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Civil Action No.<br>2:17-cv-05592 (WJM) (MF)<br><br>***Document electronically filed.***<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |

I, Matthew Shayefar, declare and state as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida. I am counsel to the named Defendants in the above captioned action and I am awaiting approval of my *pro hac vice* application to appear in this action on their behalf. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. On January 16, 2018, I visited the website for the Hague Conference on Private International Law (https://www.hcch.net/en/instruments/conventions/full-text/?cid=17) and downloaded a copy of the "Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters." A true and correct copy of the PDF of the referenced document is attached hereto as Exhibit 1.

3. On January 9, 2018, I accessed the docket for the case *Komanda LLC v. Kartina Canada Inc.*, Case No. 1:17-cv-02362-KBF (S.D.N.Y.) through the online PACER system and downloaded the document that was docketed as Docket No. 79. A true and correct copy of that document is attached hereto as Exhibit 2.

4. On or about December 21, 2017, Boston Law Group, PC received a correspondence from Ms. Elaine Brailsford, a true and correct copy of which is attached hereto as Exhibit 3.

5. On January 16, 2018, I accessed the website at the URL https://e-justice.europa.eu/content_service_of_documents-371-SC-en.do?clang=en and printed a copy of its contents. A true and correct copy of its contents is attached hereto as Exhibit 4.

6. On January 16, 2018 I performed a search on Google for "Gregory Moscow." The first search result was for a LinkedIn page for an individual with the same name, who states

he lives in New York, New York and who is a Paralegal at Lewis Baach Kaufmann Middlemiss PLLC. It appears to me that this is the LinkedIn profile for the same Gregory Moscow who filed the affidavits of service in the above captioned case (Docket Nos. 8 and 9). A true and correct printout of the LinkedIn page as accessed on January 16, 2018 is attached hereto as Exhibit 5.

I declare under the penalty of perjury that the foregoing are true and correct.

Dated: January 17, 2018

Matthew Shayefar, Esq.