UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA; and KOMANDA LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>    Defendants. | Civil Action No.<br>2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |

    **THIS MATTER** having been opened to the Court by Defendants Ariel Impex LP and Pinebrook Impex LP, by and through their attorneys, Robinson Miller LLC, seeking an Order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5); and the Court having considered the parties' submissions, in support of and in opposition to Defendants' motion, as well as the arguments of counsel, if any; and for good cause having been shown;

    **IT IS** on this _____ day of _____ 2018,

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Complaint For Insufficient Service of Process is hereby **GRANTED**.

**SO ORDERED**.

 

                                                          _____
                                                           Hon. William J. Martini, U.S.D.J.