Valentin D. Gurvits, Esq. (*pro hac vice* pending)
Matthew Shayefar, Esq. (*pro hac vice* pending)
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*pro hac vice* pending)
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Evan@CFWLegal.com

Justin T. Quinn, Esq.
**Robinson Miller LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973-690-5400
jquinn@rwmlegal.com

*Attorneys for Defendants Ariel Impex LP
and Pinebrook Impex LP*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA; and KOMANDA LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>    Defendants. | Civil Action No.<br>2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies the following information:

1. Ariel Impex LP has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Pinebrook Impex LP has no parent corporation and no publicly held corporation owns 10% or more of its stock.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 18, 2018                    ROBINSON MILLER LLC

                                            s/ Justin T. Quinn
                                            Justin T. Quinn, Esq.
                                            **ROBINSON MILLER LLC**
                                            One Newark Center, 19th Floor
                                            Newark, New Jersey 07102
                                            Telephone No.:  (973) 690-5400
                                            Facsimile No.:  (973) 466-2761
                                            jquinn@rwmlegal.com