Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendants*
*Ariel Impex LP and Pinebrook Impex LP*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>　　　　　Defendants. | Civil Action No. 2:17-cv-05592 (WJM) (MF)<br><br>*Document electronically filed.*<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

　　　1.  An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 16); and

　　　2.  The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  January 23, 2018

　　　　　　　　　　　　　　　　　　　　　　　s/Justin T. Quinn
　　　　　　　　　　　　　　　　　　　　　　　Justin T. Quinn
　　　　　　　　　　　　　　　　　　　　　　　**ROBINSON MILLER LLC**
　　　　　　　　　　　　　　　　　　　　　　　One Newark Center, 19th Floor
　　　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 973-690-5400
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 973-466-2761
　　　　　　　　　　　　　　　　　　　　　　　jquinn@rwmlegal.com

*PRO HAC VICE* ATTORNEY INFORMATION

Name:      Valentin D. Gurvits, Esq.

Address:   Boston Law Group, PC
           825 Beacon Street, Suite 20
           Newton Centre, MA 02459

E-Mail:    vgurvits@bostonlawgroup.com