

David G. Liston
212 822 0160
david.liston@lbkmlaw.com

February 5, 2018

**VIA ECF**

Hon. William T. Walsh, Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        Re:  Art Distribution Inc., et al. v. Ariel Impex LP, et al.,
             Case No. 2:17-cv-05592-WJM-MF

Dear Mr. Walsh:

      We represent Plaintiffs Art Distribution Inc. d/b/a NTV America and Komanda LLC (together, "Plaintiffs") in the above-referenced action.  We write pursuant to Rule 7.1(d)(5) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey ("L. Civ. R.") to respectfully request the adjournment of the motion day for Defendants Ariel Impex LP's and Pinebrook Impex LP's pending motion to dismiss [D.E. 14] (the "Motion to Dismiss").

      The original motion day for the Motion to Dismiss is February 20, 2018.  It has not been previously extended or adjourned.  Plaintiffs timely submit this letter before February 6, 2018, the date on which their opposition papers would otherwise be due under L.Civ. R. 7.1(d)(2).

      Pursuant to L. Civ. R. 7.1(d)(5), the new motion day will be March 5, 2018, which is the next available motion day.

                                                  Respectfully submitted,

                                                    David G. Liston