

David G. Liston
212 822 0160
david.liston@lbkmlaw.com

February 20, 2018

<u>**VIA ECF**</u>

The Honorable William J. Martini, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        **Re:  Art Distribution Inc., et al. v. Ariel Impex LP, et al.,
        Case No. 2:17-cv-05592-WJM-MF**

Dear Judge Martini:

We represent Plaintiffs Art Distribution Inc. d/b/a NTV America and Komanda LLC (together, "Plaintiffs") in the above-referenced action.

We write to respectfully request that Plaintiffs' time to respond to Defendants Ariel Impex LP's and Pinebrook Impex LP's pending motion to dismiss [D.E. 14] (the "Motion to Dismiss") be extended from February 20 to February 23, 2018.

There has been one prior extension of Plaintiffs' time to respond to the Motion to Dismiss, which was made pursuant to L. Civ. R. 7.1(d)(5) (and extended Plaintiffs' time to respond from February 6 to February 20, 2018).

Defendants consent to this request.

Enclosed, please find a Consent Order Extending Time to Oppose Defendants' Motion to Dismiss.  If Your Honor approves, we respectfully request that you enter the Consent Order

        Respectfully submitted,

        *David G. Liston*

        David G. Liston

cc:      Counsel of Record (via ECF)