UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-05592-WJM-MF<br><br>**CONSENT ORDER EXTENDING TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |

**THIS ACTION** having come before the Court upon the application of Plaintiffs, Art Distribution Inc. d/b/a NTV America and Komanda LLC, by their counsel, Lewis Baach Kaufmann Middlemiss pllc, on notice and with the consent of Defendants, Ariel Impex LP and Pinebrook Impex LP, for entry of an Order extending the time for Plaintiffs to oppose Defendants' Motion to Dismiss [D.E. 14] and the Court having considered this application and there being no opposition thereto,

**IT IS**, on the _____ day of February, 2018

**ORDERED** that Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss shall be extended from February 20, 2018 to February 23, 2018.

_____
Hon. William J. Martini, U.S.D.J.