

David G. Liston
212 822 0160
david.liston@lbkmlaw.com

February 23, 2018

<u>VIA ECF</u>

The Honorable William J. Martini, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:  Art Distribution Inc., et al. v. Ariel Impex LP, et al.,
            Case No. 2:17-cv-05592-WJM-MF

Dear Judge Martini:

      On behalf of Plaintiffs Art Distribution Inc. d/b/a NTV America and Komanda LLC (together, "Plaintiffs") and Defendants Ariel Impex LP and Pinebrook Impex LP (together, "Defendants"), in the above-referenced action, we write jointly to the Court regarding Defendants' motion to dismiss [D.E. 14] (the "Motion to Dismiss").

      In the interests of efficiency, and without admitting that there were any deficiencies in the initial service of process on the Defendants [D.E. 8, 9], Plaintiffs have re-served the Defendants in the manner in which the Defendants claimed to be proper in the Motion to Dismiss.  See D.E. 23, 24.

      In light of Plaintiffs' service, all Parties jointly agree that the Motion to Dismiss is now moot.

      The Parties thank the Court for its courtesies and consideration.

                                              Respectfully submitted,

                                              David G. Liston

cc:       Counsel of Record (via ECF)