**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ART DISTRIBUTION INC. d/b/a NTV AMERICA and KOMANDA LLC,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ARIEL IMPEX LP; PINEBROOK IMPEX LP; and JOHN DOES 1 through 10,<br>　　　　　　　Defendants. | Case No.: 2:17-cv-05592-WJM-MF<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i) |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Art Distribution Inc. d/b/a NTV America and Komanda LLC, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed *without prejudice* against Defendants Ariel Impex LP, Pinebrook Impex LP, and John Does 1 through 10.

　　　　This notice of dismissal is being filed with the Court before service by any Defendant of either an answer or a motion for summary judgment.

Dated: March 20, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

　　　　　　　　　　　　　　　　　　　　By: 　/s David G. Liston　

　　　　　　　　　　　　　　　　　　　　David G. Liston
　　　　　　　　　　　　　　　　　　　　Ronald Abramson
　　　　　　　　　　　　　　　　　　　　Anthony M. Capozzolo
　　　　　　　　　　　　　　　　　　　　Ari J. Jaffess
　　　　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　　　　405 Lexington Avenue, 62nd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10174
　　　　　　　　　　　　　　　　　　　　Tel: (212) 826-7001

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, Art Distribution Inc. d/b/a NTV America and Komanda LLC*